1  **BRYAN CAVE LLP**
   GLENN J. PLATTNER (CA Bar No. 137454)
2  BRADLEY DUGAN (CA Bar No. 271870)
   120 Broadway, Suite 300
3  Santa Monica, California 90401-2386
   Telephone:  (310) 576-2100
4  Facsimile:   (310) 576-2200
   Email:       glenn.plattner@bryancave.com
5               brad.dugan@bryancave.com

6  Attorneys for Defendants
   BANK OF AMERICA, N.A. (erroneously sued as "Bank of America, National
7  Association dba ReconTrust Company, N.A.");
   MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.;
8  BANK OF NEW YORK MELLON (FKA THE BANK OF NEW YORK, AS
   SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE
9  FOR THE HOLDERS OF THE SAMI II TRUST 2006-AR6, MORTGAGE PASS-
   THROUGH CERTIFICATES, SERIES 2006-AR6) (erroneously sued as "Bank of
10 New York Mellon FKA The Bank of New York, as Successor Trustee to JPMorgan
   Chase Bank, N.A., as Trustee for the Holders of the SAMI II Trust 2006-AR6,
11 Mortgage Pass-Through Certificated, Series 2006-AR6")

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHOON A. KIM, an individual | **Case No. CV11-10609-R** |
| Plaintiff, | [Assigned to the Hon. Manuel L. Real] |
| v. | **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE HOLDERS OF SAMI II TRUST 2006-AR6, MORTGAGE PASS-THROUGH CERTIFICATED, SERIES 2006-AR6; BANK OF AMERICA, NATIONAL ASSOCIATION dba ReconTrust Company, N.A.; and DOES 1 through 10, inclusive | Date:        February 6, 2012<br>Time:        10:00 a.m.<br>Courtroom:   8<br><br>Complaint Filed: November 15, 2011<br>Trial Date:      None set |
| Defendants. | |

SM01DOCS\874310.2

1  The Motion to Dismiss Choon A. Kim's ("Plaintiff") Complaint, concerning real property located at 153 South Normandie Ave., Los Angeles, CA 90004, by Defendants Bank of America, National Association (erroneously sued as "Bank of America, National Association dba ReconTrust Company, N.A.") ("BANA"), Mortgage Electronic Registration Systems, Inc. ("MERS"), and Bank of New York Mellon fka The Bank of New York, as Successor Trustee to JPMorgan for the Holders of SAMI II Trust 2006-AR6, Mortgage Pass-Through Certificates, Series 2006-AR6 (erroneously sued as "Bank of New York Mellon fka The Bank of New York, as Successor Trustee to JPMorgan for the Holders of SAMI II Trust 2006-AR6, Mortgage Pass-Through Certificated, Series 2006-AR6") ("BONY") (collectively "Defendants"), came on for hearing before this Court, the Honorable Manuel L. Real presiding. Appearances were as stated on the record. The Court, having considered the papers filed both in support of and in opposition to the Motion, and good cause appearing therefore,

HEREBY ORDERS that:

Defendant's Motion to Dismiss is granted in its entirety. The Complaint of Plaintiff Choon A. Kim is dismissed, in its entirety, with prejudice.

**IT IS SO ORDERED.**

Dated: __Feb. 7, 2012___        _____
                                United States District Court Judge
                                Honorable Manuel L. Real

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 120 Broadway, Suite 300, Santa Monica, California 90401-2386.

On February 6, 2012, I served the foregoing document, described as **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**, on each interested party in this action, as follows:

Choon A. Kim                                          *Plaintiff in Pro Per*
153 South Normandie Ave.
Los Angeles, CA 90004
Phone: (213) 389-2095
Fax: (213) 389-2863
Email: salomjua@yahoo.com

☐  (VIA MAIL) I placed a true copy (or original) of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica, California. I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☒  (VIA FEDEX) I deposited in a box or other facility maintained by FedEx, an express carrier service, or delivered to a courier or driver authorized by said express carrier service to receive documents, a true copy of the foregoing document, in an envelope designated by said express service carrier, with delivery fees paid or provided for.

☐  (VIA ELECTRONIC SERVICE – CRC 2060(c)): The document(s) was served via electronic transfer upon the parties listed above using their e-mail addresses as shown above. Each transmission was reported as complete and without error.

☐  (VIA PERSONAL SERVICE) I caused to be personally served copies of the document(s) to the addresses listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 9, 2012, at Santa Monica, California.

/s/ Michelle Hicks
Michelle Hicks

SM01DOCS\874310.2